■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN COOPER, Appellant.—Judgment unanimously affirmed. Memorandum: The District Attorney did not waive his right to make a sentencing recommendation. We have reviewed defendant's remaining contentions and find them to be lacking in merit. (Appeal from judgment of Cayuga County Court, Contiguglia, J.—criminal sale of controlled substance, third degree.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.